No. P67/411.—The Nissho American Corp. *v.* United States, protest 66/29179 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of pistol grips solely or chiefly used with specific model motion picture cameras and following the principles in *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.

No. P67/412.—Arrow Novelty Co., Inc., et al. *v.* United States, protest 66/24572, etc. (New York).

No. P67/413.—Isaac B. Cohen & Son Corp. *v.* United States, protests 66/27667, etc. (New York).

No. P67/414.—M. Pressner & Co., Inc., and William Shaland Corp. *v.* United States, protests 66/64072 and 66/1404 (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.